Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Case No. 2:23-Cv-145
_____
*(to be filled in by the Clerk's Office)*

**Lamont Trumane Bell**
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**MR. Brickner, Brain John**
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

**-FILED-**

APR 27 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lamont Trumane Bell |
| All other names by which you have been known: | |
| ID Number | 19 N 000134 |
| Current Institution | Lake County Jail |
| Address | 2293 N Main Street |
| | Crown Point    IN    46307 |
| | *City*          *State*        *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MR. Brickner |
| Job or Title *(if known)* | Head of Security |
| Shield Number | |
| Employer | Kimbrough Work Camp |
| Address | 2600 W 93rd Ave |
| | Crown Point    IN    46307 |
| | *City*          *State*        *Zip Code* |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | MR. Brian John |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | Kimbrough Work Camp |
| Address | 2600 W 93rd Ave |
| | Crown Point    IN    46307 |
| | *City*          *State*        *Zip Code* |

☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Retaliation / Deliberate Indifference

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Discrimination

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

locking me up putting me in confinement Intimidating me wanting me to admit To something I didn't do

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*   Kimbrough Work Camp

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

At The Kimbrough work camp on/or around March 8, 2023

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Kimbrough work Camp on/or around March 8 2023

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On/or About March 8, 2023 Between 12-2 pm

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was accused of Having Contraband in the work camp Kimbrough. MR Brickner and Mr John intimidated me saying they know it was me saying if I dont confess people are going to do stuff to me. They sent me to lake county Jail cause I didn't know anything and I Have been in P.C. Because I fear for my life

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I was Hurt on March 3, 2023 My left leg Side my leg I was given a pain killers and follow up treatment to The Doct. Office I became stressed out after I Had. my anxiety and bipolar disorder under control I am force to Take Seroquel and Melatonin to Help me cope my leg may never Heal properly

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would like MR. Brickner and MR John To step down from there Jobs, me Having mental Health damages Putting me in a Hostal enviorment, Endangering me, lost wages lost Job, stealing time, discrimination,

$23,740,000 for All damages

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

LCCC / Kimbrough Work Camp

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

lake County Jail / grievance Number 238315252

2.    What did you claim in your grievance?

Retaliation / I was acused of something I did't do

3.    What was the result, if any? Talk to my lawyer

They say That its a State rauud place

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____ N/A _____

Defendant(s)    _____ N/A _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.    Docket or index number

_____ N/A _____

4.    Name of Judge assigned to your case

_____ N/A _____

5.    Approximate date of filing lawsuit

_____ N/A _____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____ N/A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.    Docket or index number

_____ N/A _____

4.    Name of Judge assigned to your case

_____ N/A _____

5.    Approximate date of filing lawsuit

_____ N/A _____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____ N/A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4-19-2023

Signature of Plaintiff     *Lamont Bell*
Printed Name of Plaintiff     Lamont Bell
Prison Identification #     19N00134
Prison Address     2293 N Main Street
Crown Point          IN     46307
                     *City*          *State*     *Zip Code*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Address     _____
                     _____
                     *City*          *State*     *Zip Code*
Telephone Number     _____
E-mail Address     _____

Lamont
BELL
3SD

(Statement of Facts)

I Lamont Bell state the following
On/or about March 8, 2023. I was a resident
at the lake County Community corrections
better known as Kimbrough work camp
On/or about That day I Had a pass to the
Hospital for a follow up from a INjury
I had on March 3, 2023 as I Return to
The work camp I was stripped searched
after I got dressed I was informed that
my whole room Had been Sent to post 1 a
displinary unit as I packed my things
I asked what was going on and Headed
to post 1 where I saw the rest of my Room-
mates I was placed in a room by myself where
there was a bottom bunk only because
The injury I Sufferd from on March 3, 2023
I was Not able to climb up on any bunks
as I layed back waiting Mr. Brickner enter
my door way and INFormed me to come with
Him as I enter the room there await Mr Brian
John as I speak they asked me do I
Know whats going on, I tell Them No Then
Mr. John says who dont like me some body
called on me and then Both gentmen intterrogated
me saying they Know its me I told them
They Know whats going on, the samething

①

(Statement of facts)

When I was Here in 2020 Then Mr. Brian John says to me we know it was you in 2020 but could not catch you/me Then. as Mr Brickner and Mr. John Continue to press me for more answers I Told Them I had no knowledge about any contraband coming IN Mr Brickner tell me He Just need 51% to convict me and He was Just trying to See How much good time They was going to take from me if I didnt admit that it was me Bringing in contraband I Told Them Servel times that Im no one's Kingpin after 20 to 40 mintunes or So He asked Everyone if They wanted to change there story after that They Sent everyone except me Back to there Room and Schalked me because I didn't tell Them what they wanted, I was Sent to lake county Jail put in confinement Forced into a mental Impact that I once Had under control due to me serving my sentence in prison and doing the remander of my time at Kimbrough work camp. getting my citizenship back now Force to be locked up again. For Something I did not do and at no Time was any contriband recivered off my person or in my bed or my things No one Should Have to go Ther Threw this's

②

, (Statement of facts)

my Time and life Has been taken away from me after my progress it Just set me back Futher from my goal.

I swear, under penalty for perjury as Specified by I.C. 35-44-2-1, That the foregoing is True to The best of my INformation and belief

Lamont Ball
March 19, 2023

③