AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LAMONT TRUMANE BELL

      Plaintiff

v.   Civil Action No. 2:23-cv-145

BRICKNER
*Mr., Head of Security, in his official capacity*

BRIAN JOHN
*Mr., in his official capacity*
*also known as*
Brain John

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE for nonpayment of the filing fee.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon.

DATE:  08/28/2023    CHANDA J. BERTA, CLERK OF COURT

      by    s/J. Barboza
      *Signature of Clerk or Deputy Clerk*